**314**

**Abraham SALKOFF and Esther Salkoff**

v.

**Max DISSIK and Reba Dissik.**

**Civ. A. No. 28435.**

United States District Court
E. D. Pennsylvania.

Dec. 27, 1960.

James E. Beasley, Beasley & Ornsteen, Harry A. Demar, Philadelphia, Pa., for plaintiffs.

Joseph J. Murphy, Murphy & Sheehan, Philadelphia, Pa., for defendants.

EGAN, District Judge.

■ Defendants (husband and wife) move to dismiss plaintiffs' (husband and wife) diversity tort action for lack of jurisdiction on the ground that there is no possibility that a verdict in excess of $10,000 could be sustained. Defendants aver that plaintiffs' injuries were minimal and that their medical expenses totaled $37.

On the other hand, plaintiffs allege that an orthopedic surgeon diagnosed the wife plaintiff's injuries as acute lumbosacral strain, sciatic syndrome and a possible protruded disc syndrome which may require surgery and a long hospital stay.

■ We believe it to be well settled that in a diversity case, where the plaintiff alleges the damages to be in excess of the jurisdictional amount, the Court will not dismiss the complaint unless there is a legal certainty that the damages will not reach or approximate this amount. See Norwood Lumber Corp. v. McKean, 3 Cir., 1946, 153 F.2d 753; Sicilia v. Tassell, D.C.E.D.Pa.1958, 163 F.Supp. 371; Hinchliffe v. Carr, D.C.E.D.Pa. 1958, 22 F.R.D. 187.

Defendants' motion to dismiss will be and hereby is denied.

It is so ordered.